**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sumi Cho,<br><br>       Plaintiff,<br><br>v.<br><br>Jennifer Rosato Perea and DePaul University,<br><br>       Defendants. | Case No. 1:18-cv-08117 |

## DEFENDANTS' MOTION FOR ENTRY OF A REVISED MODEL CONFIDENTIALITY ORDER

Defendants Dean Jennifer Rosato Perea ("Dean Rosato Perea") and DePaul University ("DePaul") (collectively, "Defendants"), by and through the undersigned attorneys, submit this Motion for Entry of a Revised Model Confidentiality Order. In support of this Motion, Defendants state as follow:

1. On December 11, 2018, Plaintiff filed a Complaint against Defendants. (Dkt. No. 1).

2. On January 9, 2019, Defendant filed a Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 22). This Court set a briefing scheduling, with Plaintiff's response due by February 5, 2019 and Defendants' rely due by February 19, 2019. (Dkt. No. 25).

3. Defendants anticipate relying on confidential information, as defined by the N.D. Illinois Model Confidentiality Order, in support of their motion to dismiss.

4. This confidential information may include personnel or employment records of individuals who are not parties to the case as well as information and documents regarding the internal workings of DePaul's tenure process.

5. Brian Paul, counsel for Defendants, has asked Fitzgerald Bramwell, counsel for Plaintiff, whether Plaintiff would agree to entry of the N.D. Illinois Model Confidentiality Order. On January 9, 2019, Mr. Bramwell informed Mr. Paul that Plaintiff would not agree to entry of a confidentiality order.

6. In *Terry Smith v. Jennifer Rosato Perea, DePaul University, and Dennis H. Hotlschneider* (Case No. 18-CV-015013), the plaintiff filed a nearly analogous complaint and would not agree to entry of a Model Confidentiality Order. In that case, Judge Wood granted the defendants' motion for entry of a Model Confidentiality Order and approved a revision to the Order allowing third-parties to designate requested information and documents as confidential. (Dkt. No. 16-1).

7. Should any of Plaintiff's claims survive Defendants' Motion to Dismiss, Defendants anticipate the parties requesting confidential information and documents from third-parties. Accordingly, Defendants have revised the Model Confidentiality Order to allow third-parties responding to a subpoena in this matter to designate documents as confidential.

8. The Revised Model Confidentiality Order is attached hereto as Exhibit 1.

## CONCLUSION

For the above stated reasons, Defendants respectfully request that the Court grant Defendants' Motion for a Confidentiality Order and enter the Revised Model Confidentiality Order attached as Exhibit 1.

Dated: January 24, 2019 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Jennifer Rosato Perea and
　　　　　　　　　　　　　　　　　　　　　　DePaul University, Defendants

　　　　　　　　　　　　　　　　　By:　　s/ Brian P. Paul
　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Brian P. Paul
Kerryann M. Haase
Sarah E. Flotte
Katherine L. Goyert
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Phone: (312) 222-0800

Eric H. Rumbaugh
Michael Best & Friedrich, LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: 414.225.2742

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I electronically filed the foregoing ***Defendants' Motion for Entry of a Revised Model Confidentiality Order*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Fitzgerald Timothy Bramwell
The Law Offices of Fitzgerald Bramwell
225 W. Washington, Suite 2200
Chicago, IL  60606
E-mail: bramwell@fitzgeraldbramwell.com

/s/ Brian P. Paul
Attorney for Defendant,
DePaul University
Michael Best & Friedrich LLP
River Point
444 W. Lake Street, Suite 3200
Chicago, IL  60606
Telephone:  312.222.0800
Email: bppaul@michaelbest.com